# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1078
Lower Tribunal No. 22-DP-000145

_____

In the Interest of J.S.-V., a child.

A.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Gilberto Perez, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.

A.S., Fort Myers, pro se.

Stephanie C. Zimmerman, Deputy Director & Statewide Director of Appeals, and Kelley Schaeffer, Appellate Counsel, of the Department of Children & Families Children's Legal Services, Bradenton, for Appellee, Department of Children & Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, of the Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Statewide Guardian ad Litem.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED